IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZURY BRITO-ARROYO,<br>Defendant. | CRIMINAL FILE NO.<br>1:17-CR-337-1-TWT |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 284] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 278]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Defendant's Objections to the Report and Recommendation have no merit. The Defendant has failed to show either deficient performance or prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 278] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this __9th__ day of November, 2022.

THOMAS W. THRASH, JR.
United States District Judge